UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARSHALL A. ELKINS,

                      Plaintiff,

    -against-

ART CAPITAL GROUP, INC.,

                      Defendant.
-------------------------------------------------------------------x

Index No. 10-CV-4997 (PKC)
**ECF CASE**

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Wollmuth Maher & Deutsch LLP respectfully notices the appearance of Serena M. Parker, a member in good standing of this Court, in the above-captioned proceeding, who along with the already-noticed counsel William F. Dahill, acts as counsel of record for Defendant Art Capital Group, Inc., and has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation, on behalf of the aforementioned defendant.

Dated: August 24, 2010
       New York, New York

                                      **WOLLMUTH MAHER & DEUTSCH LLP**

                                      By: _____
                                           Serena M. Parker
                                           sparker@wmd-law.com

500 Fifth Avenue
New York, NY 10110
(212) 382-3300
Attorneys for Defendant Art Capital Group, Inc.