UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
Marshall A. Elkins,

                          Plaintiff(s),                        10 Civ. 4997 (PKC)

            -against-                                          ORDER

Art Capital Group, Inc.,

                          Defendant(s).
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

P. KEVIN CASTEL, District Judge:

            The pretrial conference currently scheduled for January 7, 2011 at 10:45

a.m. is adjourned to January 26, 2011 at 10:45 am, at which time the parties are directed

to appear in Courtroom 12C, 500 Pearl Street, New York, New York 10007.

            SO ORDERED.

                                                    P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       November 18, 2010