# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-10

December 17, 2010

**VIA FACSIMILE**

Hon. P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10022

**MEMO ENDORSED**

Re: Elkins v. Art Capital Group, Inc.,
10 CV 4997 (PKC) (S.D.N.Y.)

Dear Judge Castel:

We represent Defendant Art Capital Group, Inc. in the above-referenced matter. We write with the consent of counsel for Plaintiff Marshall A. Elkins to jointly request an extension of the fact discovery deadline in this matter, currently scheduled to conclude on December 24, 2010, to January 24, 2011. There have been no previous requests to the Court for an adjournment or extension of any deadline in this matter and the parties do not anticipate that the requested extension will affect any other scheduled dates. The next conference before the Court is scheduled for January 26, 2011.

Respectfully submitted,

/s/ Serena M. Parker

Serena M. Parker

*[Handwritten endorsement:] All fact discovery to be completed by Jan. 24. Dates in Order filed August 27 otherwise remain in place. SO ORDERED. P. Kevin Castel U.S.D.J. 12-20-10*

cc: Andrew A. Wittenstein, Esq. (via facsimile)
Mary H. Dontzin, Esq. (via facsimile)