```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Marshall A. Elkins,

                Plaintiff,                10 Civ. 4997 (PKC)

    -against-

                                       ORDER OF DISMISSAL

Art Capital Group, Inc.,

                Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED,** that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

                                                    P. Kevin Castel
                                            United States District Judge

Dated:   New York, New York
               February 25, 2011