UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARSHALL A. ELKINS,

               Plaintiff,

    - against -

ART CAPITAL GROUP, INC.,

               Defendant.
------------------------------------------------------------X

Civil Action No. 10-CV-4997 (PKC)

ECF CASE

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, by their attorneys, hereby stipulate that this action, including all claims and counterclaims, is dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: March 22, 2011

| | |
|---|---|
| **FRIEDMAN & WITTENSTEIN**<br>A Professional Corporation | **WOLLMUTH MAHER & DEUTSCH LLP** |
| By: _[signature]_<br>    Andrew A. Wittenstein (AW-1943)<br>    Mary H. Dontzin (MD-0788) | By: _[signature]_<br>    William F. Dahill (WD-8618)<br>    Serena M. Parker (SP-4426) |
| 600 Lexington Avenue<br>New York, New York 10022<br>(212) 750-8700 | 500 Fifth Avenue<br>New York, New York 10110<br>(212) 382-3300 |
| *Attorneys for Plaintiff*<br>*Marshall A. Elkins* | *Attorneys for Defendant*<br>*Art Capital Group, Inc.* |