**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 3-24-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARSHALL A. ELKINS,

          Plaintiff,

- against -

ART CAPITAL GROUP, INC.,

          Defendant.

-----------------------------------------------------------X

Civil Action No. 10-CV-4997 (PKC)

ECF CASE

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), the parties to this action, by their attorneys, hereby stipulate that this action, including all claims and counterclaims, is dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: March 22, 2011

**FRIEDMAN & WITTENSTEIN**
A Professional Corporation

By: _____
    Andrew A. Wittenstein (AW-1943)
    Mary H. Dontzin (MD-0788)

600 Lexington Avenue
New York, New York 10022
(212) 750-8700

*Attorneys for Plaintiff*
*Marshall A. Elkins*

**WOLLMUTH MAHER & DEUTSCH LLP**

By: _____
    William F. Dahill (WD-8618)
    Serena M. Parker (SP-4426)

500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for Defendant*
*Art Capital Group, Inc.*

SO ORDERED

_____
U.S.D.J.

3-24-11